# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**MICHAEL F. HOWARD,**

        **Petitioner,**

    v.                                Case No. 04-CV-772

**PAMELA WALLACE,**

        **Respondent.**

[X]   **Decision by Court.** This action came for consideration before the Court.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus and this action is **DISMISSED**.

                                    Jon W. Sanfilippo, Clerk of Court
                                    EASTERN DISTRICT OF WISCONSIN

Date: June 4, 2007                 (By) Deputy Clerk,  s/C. Quinn

                                    Approved this 4th day of June, 2007.

                                    s/AARON E. GOODSTEIN
                                    United States Magistrate Judge